| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 8/30/2024/ag | |

| | | | |
|---|---|---|---|
| McALLEN Division | | CR. No. | **M-24-1337** |
| **SEALED INDICTMENT** Filed: September 4, 2024 | | Judge: | **DREW TIPTON** |
| County: Hidalgo | | | |
| Lions #: 2024R01527 | | Attorneys: | |
| UNITED STATES OF AMERICA | | ALAMDAR S. HAMDANI, UNITED STATES ATTORNEY | |
| v. | | ERIC D. FLORES, ASST. U.S. ATTORNEY | |
| ELIZABETH BATTEN--WARRANT-- | | Cts. 1-10 | |

Charge(s):   Cts.:1-10:   Mail Fraud
                          Title 8, United States Code, Section 1341

Total Counts **(10)**

Penalty:   Cts.: 1-10:   Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Federal Bureau of Investigations – Will Circle – 196D-SA-3891365

Date                                                Proceedings